UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

June White

      v.

Civil No. 15-cv-523-JL

Olga L. Gordon  et al


O R D E R


After due consideration of the objection and response
filed, I herewith approve the Report and Recommendations of
Magistrate Judge Andrea K. Johnstone dated January 29, 2016 and
April 11, 2016.


SO ORDERED.

_____
Joseph N. Laplante
Chief Judge


Date: May 9, 2016

cc:   Geraldine L. Karonis, Esq.
      Olga L. Gordon, Esq.
      James F. Radke, Esq.
      June White, pro se